IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY TORRES, ) | |
| ) | Civil Action No. 03 - 1003 |
| Plaintiff, ) | |
| ) | Judge Arthur J. Schwab |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| LT. GREG MOHRING; SGT. ROBERT ) | |
| STAFFORD; C.O. POWELL; C.O. ) | |
| MARSH; CAPT. MCCOWN; SGT. ) | |
| MURRAY; NURSE ARNOLD; ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above captioned case was assigned to Magistrate Judge Lisa Pupo Lenihan for all pretrial proceedings. Currently, the deadline for filing summary judgment is January 26, 2006. At the December 12, 2005 telephone conference, the parties informed the Court that no summary judgment motions would be filed in this case. These proceedings, therefore, are now complete and the case is ready to be returned to the District Court Judge so that a final pretrial order might be entered and a trial date established.

The parties, however, may consent to proceed to trial before this Magistrate Judge. Consenting may result in a more immediate trial date than if the case were returned to the District Court Judge. Therefore;

**IT IS ORDERED** this 13th day of December, 2005, that if the parties wish to consent before this Magistrate Judge, they shall complete the attached form and file it with the Clerk of Court no later than **January 3, 2006.** The Court notes that **ALL** parties must consent before the document is filed.

**IT IS FURTHER ORDERED** that if any party **DOES NOT** wish to consent, the parties shall file a joint stipulation requesting the case be returned to the District Judge no later than **January 3, 2006.** This stipulation **SHOULD NOT** indicate which parties wished to consent and which did not.

_____
Lisa Pupo Lenihan
United States Magistrate Judge


cc:   ANDY TORRES
      CU-3610
      1111 Altamont Boulevard
      Frackville, PA 17931-2699

      Scott A. Bradley
      Office of the Attorney General
      564 Forbes Avenue
      6th Floor, Manor Complex
      Pittsburgh, PA 15219