IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY TORRES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03 - 1003 |
| ) | |
| v. ) | Judge Arthur J. Schwab |
| ) | Magistrate Judge Lisa Pupo |
| LT. GREG MOHRING; SGT. ROBERT ) | Lenihan |
| STAFFORD; C.O. POWELL; C.O. ) | |
| MARSH; CAPT. MCCOWN; SGT. ) | |
| MURRAY; NURSE ARNOLD; C.O. ) | Doc. No. 64 |
| SCHAFER; C.O. SGT. NOVAK; SUPT. ) | |
| JOHNSON; DEP. SUPT. STICKMAN; ) | |
| MATTHEWS, Hearing Examiner; ) | |
| FERSON, Hearing Examiner, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Motion for Sanctions filed by Plaintiff in which he alleges that in an October 25, 2005 Order this Court directed Defendant's to provide Plaintiff with the medical reports of Defendant Powell. The Court did order Defendants to provide all medical reports in its possession with respect to the incident(s) in question. Defendants are **ORDERED** to either provide any such reports or file with the Court a statement indicating why such reports cannot be provided no later than **March 31, 2006.**

As Defendants' have filed a Pre-Trial Statement on the date ordered the second request in Plaintiff's Motion for Sanctions is **DENIED**.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days

from the date of service to file an appeal from this order to the District Court. Any opposing party shall have seven (7) days from the date of service of the appeal to respond thereto. Failure to timely file an appeal may constitute a waiver of any appellate rights.

3-6-06

LISA PUPO LENIHAN
U.S. Magistrate Judge

cc: ANDY TORRES
CU-3610
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001

Scott A. Bradley
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219