IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDY TORRES, | ) | |
| | ) | Civil Action No. 03 - 1003 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| LT. GREG MOHRING; SGT. ROBERT STAFFORD; C.O. POWELL; C.O. MARSH; CAPT. MCCOWN; SGT. MURRAY; NURSE ARNOLD; | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS ORDERED** this 13th day of April, 2006, that a Telephone Conference is scheduled before the undersigned on **April 25, 2006 at 3:00 PM** for the purposes of discussing possible settlement. Defense counsel shall initiate the call and make the appropriate arrangements to have the Plaintiff available to participate telephonically.

BY THE COURT:

LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc: Scott Bradley
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Andy Torres
CU - 3610
1111 Altamont Boulevard
Frackville, PA 17931-2699