IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY TORRES, | ) |
| | ) Civil Action No. 03 - 1003 |
| Plaintiff, | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| v. | ) |
| | ) |
| LT. GREG MOHRING; SGT. ROBERT | ) |
| STAFFORD; C.O. POWELL; C.O. | ) |
| MARSH; CAPT. MCCOWN; SGT. | ) |
| MURRAY; NURSE ARNOLD; | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff in this action has filed numerous requests for the court to appoint counsel to represent him in this matter. Although previous requests for counsel had been denied, the case is now postured for trial. The Court believes that if counsel is willing to accept this case on a pro bono basis, it is appropriate to assign counsel for purposes of trial only. Therefore,

**IT IS ORDERED** this 11th day of May, 2006, that Matthew H. Mead, Esq., and David Glad, Esq., of the law firm of Buchanan Ingersoll PC, are appointed as counsel for Plaintiff on a pro bono basis for trial only.

**IT IS FURTHER ORDERED** that no further discovery is to be done in this case without good cause and leave of court.

 

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:     ANDY TORRES
CU-3610
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001

Scott A. Bradley
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Matthew H. Mead
David Glad
Buchanan Ingersoll PC
One Oxford Centre
301 Grant St. 20th Floor
Pgh., PA 15219